UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN MADEOY *et al.*,<br>    Plaintiff,<br><br>v.<br><br>MEADOW FINANCIAL, LLC,<br>    Defendant. | Civil Action No.  04-1822 (JMF) |

### ORDER

Having been advised that this action is settled, it is hereby **ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice for a period of 45 days from the date of this Order. If settlement is not consummated within that 45-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed *with* prejudice.

    **SO ORDERED.**

                                                  _____
                                                  JOHN M. FACCIOLA
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: